

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2015

No. 04-15-00183-CR

Richard **LARES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR10110
Honorable Juanita A. Vasquez-Gardner, Judge Presiding

# O R D E R

On July 21, 2015, we granted Appellant's motion for extension of time to file his pro se brief until August 20, 2015. Before Appellant received the order granting his motion, Appellant mailed what he describes as an "incomplete" brief. Thereafter, Appellant filed a "Motion for Leave to Amend Appellant's Brief" which we construe as a motion to file a pro se brief.

Appellant's motion to file a pro se brief is GRANTED. The pro se brief Appellant filed on July 30, 2015, is deemed timely filed.

On that date, Appellant also filed a motion to amend his pro se brief in which he seeks "permission to file an Amended Pro Se Brief to complete his Appellate Brief." Appellant's motion is GRANTED. Appellant may file an amended brief—which would completely replace his July 30, 2015 brief—or a supplemental brief—which would be added to his July 30, 2015 brief. Appellant's amended or supplemental brief must be filed by August 20, 2015.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2015.



Keith E. Hottle
Clerk of Court